```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
```

**DANNY LEE,**

                               **Plaintiff,**

            -against-

**ANDREW SAUL, COMMISSIONER OF THE**
**SOCIAL SECURITY ADMINISTRATION,**

                              **Defendant.**

```
-----------------------------------------------------------------X
```

**20-CV-2956 (PGG)(SN)**
**19-CV-06553 (PGG)(SN)**

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

        The parties appeared before me today for a conference to discuss Defendant's request to consolidate the related cases Lee v. Saul, 19-cv-6553 (PGG)(SN) (the "2019 case"), and Lee v. Saul, 20-cv-2956 (PGG)(SN) (the "2020 case"). Plaintiff's motion for leave to file an amended complaint in the 2019 case is GRANTED, and Plaintiff shall file his amended complaint within 60 days, or no later than April 12, 2021. See 19-cv-6553, ECF No. 36. As discussed during the conference, Plaintiff's amended complaint in the 2020 case shall raise all the claims from both his 2019 case and his 2020 case. To the extent the Court has already dismissed certain claims with prejudice, see 19-cv-6553, ECF No. 30, they cannot be revived again in the amended complaint.

        By separate order, the Court will close the 2019 case without prejudice to those claims so that all claims can be brought in the 2020 case.

        The Clerk of Court is also respectfully directed to terminate the motion at 19-cv-6553, ECF No. 36.

**SO ORDERED.**

                                                                     */s/ Sarah Netburn*
                                                               SARAH NETBURN
                                                               United States Magistrate Judge

DATED:    February 11, 2021
                New York, New York

*USDC-SDNY*
*DOCUMENT*
*ELECTRONICALLY FILED*
*DOC #: _____*
*DATE FILED: 2/11/2021*