```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/19/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

DANNY LEE,

                      **Plaintiff,**

      -against-

ANDREW SAUL, Commissioner, Social Security Administration,

                      **Defendant.**

-----------------------------------------------------------------X

19-CV-06553 (PGG)(SN)
20-CV-02956 (PGG)(SN)

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

      On February 11, 2021, the parties appeared for a conference to discuss Defendant's request to consolidate the related cases Lee v. Saul, 19-cv-6553 (PGG)(SN) (the "2019 case"), and Lee v. Saul, 20-cv-2956 (PGG)(SN) (the "2020 case"). The Court has given further consideration to the issues and wishes to maximize Plaintiff's rights and judicial efficiency. Accordingly, Defendant's request to consolidate the 2019 and 2020 cases is GRANTED. The Court will not dismiss the 2019 case, but Plaintiff should file one amended complaint with both the 2019 and 2020 case captions. As directed in the Court's February 11, 2020 order, Plaintiff should file his amended complaint no later than April 12, 2021. See 2019 case, ECF No. 37; 2020 case, ECF No. 26.

**SO ORDERED.**

                                                    SARAH NETBURN
                                                    United States Magistrate Judge

DATED:      February 19, 2021
               New York, New York