UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

DANNY LEE,

                          **Plaintiff,**

      -against-

ANDREW SAUL, Commissioner, Social Security Administration,

                          **Defendant.**

------------------------------------------------------------X

19-CV-06553 (PGG)(SN)
20-CV-02956 (PGG)(SN)

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

      On June 11, 2021, Defendant filed a motion to dismiss *pro se* Plaintiff's second amended complaint. Accordingly, Plaintiff shall file his opposition to Defendant's motion no later than July 12, 2021. Defendant shall file his reply, if any, no later than two weeks after Plaintiff has filed his opposition.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:    June 14, 2021
               New York, New York